UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rajni Shaw,

      Plaintiff,

v.

State of Minnesota,

      Defendant.

Case No. 21-cv-1680 PJS/ECW

**ORDER**

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that  that this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   4/27/22

*s/Patrick J. Schiltz*
PATRICK J. SCHILTZ
United States District Judge